■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. MOODY, Appellant. [638 NYS2d 570] —Case held, decision

reserved and matter remitted to Oneida County Court for further proceedings in accordance with the following Memorandum: Pending this appeal, County Court, with the consent of both parties, held a reconstruction hearing. The record reflects that the issue of what transpired at the initial *Sandoval* hearing was sharply contested and turned on issues of credibility. Because the reconstruction court failed to make findings of fact, we cannot determine whether a de novo hearing took place *(see, People v Russell,* 191 AD2d 1001, *lv denied* 81 NY2d 1019). We, therefore, remit the matter to County Court to make the requisite findings of fact *(see, People v Miller,* 221 AD2d 1001). (Appeal from Judgment of Oneida County Court, Buckley, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.